**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MAINE

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Vision Care of Maine Limited Liability Company** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **01-0525143** |
| 4. | **Debtor's address** | **Principal place of business** **1 Ridgewood Drive Bangor, ME 04401** Number, Street, City, State & ZIP Code **Penobscot** County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.visioncareofmaine.com** |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Official Form 201       Voluntary Petition for Non-Individuals Filing for Bankruptcy       page 1

Debtor **Vision Care of Maine Limited Liability Company** _____  Case number (*if known*) _____
     Name

| | |
|---|---|
| **7.** | **Describe debtor's business** |

A. *Check one:*

☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   **6211**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page 2

Debtor  **Vision Care of Maine Limited Liability Company**    Case number (*if known*)  _____
Name

| 11. | Why is the case filed in *this district?* | *Check all that apply:* |
|---|---|---|
| | | ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☒ No |
|---|---|---|
| | | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|
| | | ☒ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|
| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☒ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☒ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor **Vision Care of Maine Limited Liability Company**          Case number (*if known*) _____
 Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 5, 2024**
              MM / DD / YYYY

**X** **/s/   Curt Young**                                           **Curt Young**
Signature of authorized representative of debtor                   Printed name

Title   **Manager**

---

**18. Signature of attorney**   **X** **/s/ George J Marcus**                 Date **August 5, 2024**
Signature of attorney for debtor                                              MM / DD / YYYY

**George J Marcus**
Printed name

**Marcus Clegg**
Firm name

**16 Middle Street Unit 501A**
**Portland, ME 04101**
Number, Street, City, State & ZIP Code

Contact phone  **(207) 828-8000**      Email address  **bankruptcy@marcusclegg.com**

**1273 ME**
Bar number and State

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 4

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Vision Care of Maine Limited Liability Company |
| United States Bankruptcy Court for the: | DISTRICT OF MAINE |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 5, 2024**          X **/s/   Curt Young**
                                           Signature of individual signing on behalf of debtor

                                           **Curt Young**
                                           Printed name

                                           **Manager**
                                           Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: Vision Care of Maine Limited Liability Company
United States Bankruptcy Court for the: DISTRICT OF MAINE
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Camden National Bank  190 Water Street  Gardiner, ME 04345 | | Fixed assets | Disputed | $2,181,332.22 | $990,220.83 | $1,191,111.39 |
| Corpay  3280 Peachtree Road, Suite 2400  Atlanta, GA 30305 | | Credit card purchases | | | | $455,782.32 |
| Ellis & Guerette, LLC  2402 Route 2, Suite G  Bangor, ME 04401 | | Rent on Dover, Maine location | | | | $3,209.21 |
| NextGen Healthcare  PO Box 809390  Chicago, IL 60680 | | Old EMR | | | | $50,558.88 |
| TIAA  10 Waterview Blvd  Parsippany, NJ 07054 | | Fixed assets | Disputed | $8,270.00 | | $8,270.00 |
| U.S. Small Business Administration  2 North Street, Suite 320  Birmingham, AL 35208 | | Fixed assets | Disputed | $465,635.00 | | $465,635.00 |
| UniFirst Corporation  70 Godsoe RD.  Bangor, ME 04401 | | Optical | | | | $3,381.23 |
| Vision Care of Maine - Aroostook, LLC  1 Ridgewood Drive  Bangor, ME 04401 | | Trade debt | | | | $221,421.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1
Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Vision Care of Maine Limited Liability Company**    Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Vision Care Realty, LLC**<br>**PO Box 8119**<br>**Bangor, ME 04401** | | **Trade debt** | | | | **$2,742,494.94** |

# United States Bankruptcy Court
## District of Maine

In re  **Vision Care of Maine Limited Liability Company**  
Debtor(s)

Case No. _____  
Chapter  **11**

## CERTIFICATION OF CREDITOR MATRIX

I hereby certify that the attached matrix, consisting of **2** pages, includes the names and addresses of all creditors listed on the debtor's schedules.

Date: **August 5, 2024**

/s/ George J Marcus  
Signature of Attorney  
**George J Marcus**  
**Marcus Clegg**  
**16 Middle Street Unit 501A**  
**Portland, ME 04101**  
**(207) 828-8000 Fax:**

```
ASD Specialty Healthcare, LLC
DBA Besse Medical
9075 Centre Pointe Drive, Suite 140
West Chester, OH 45069


Camden National Bank
190 Water Street
Gardiner, ME 04345


Corpay
3280 Peachtree Road, Suite 2400
Atlanta, GA 30305


Curt Young
1 Ridgewood Drive
Bangor, ME 04401


Ellis & Guerette, LLC
2402 Route 2, Suite G
Bangor, ME 04401


Ellis & Guerrette, LLC
2402 Route 2, Suite G
Bangor, ME 04401


George Peters III, MD
338 Gillette Road
Hope, ME 04847


Lincoln Medical Development, LLC
c/o Marsha Young 499 Broadway #387
Bangor, ME 04401


NextGen Healthcare
PO Box 809390
Chicago, IL 60680


Sencora
f/k/a Amerisource Bergen Drug Company
11300 Morris Drive
Chesterbrook, PA 19087


TIAA
10 Waterview Blvd
Parsippany, NJ 07054


U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35208


UniFirst Corporation
70 Godsoe RD.
Bangor, ME 04401
```

```
Vision Care of Maine - Aroostook, LLC
1 Ridgewood Drive
Bangor, ME 04401


Vision Care Realty, LLC
PO Box 8119
Bangor, ME 04401
```

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Maine

In re **Vision Care of Maine, Limited Liability Company**                     Case No.
Debtor(s)                                          Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐ **FLAT FEE**
   
   For legal services, I have agreed to accept ................................................... $ _____
   
   Prior to the filing of this statement I have received ....................................... $ _____
   
   Balance Due .................................................................................................... $ _____

   ☒ **RETAINER**
   
   For legal services, I have agreed to accept and received a retainer of........................... $ $25,000.00   XXXXX
   
   The undersigned shall bill against the retainer at an hourly rate of............................... $ _____ XXXX  Hourly rates
   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☒ Debtor        ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☒ Debtor        ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce claims to market value; preparation and filing of plan of reorganization**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **N/A**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

8/5/2024                                           /s/ George J. Marcus
*Date*                                             **George J Marcus**
                                                   *Signature of Attorney*
                                                   **Marcus Clegg**
                                                   **16 Middle Street Unit 501A**
                                                   **Portland, ME 04101**
                                                   **(207) 828-8000   Fax:**
                                                   **bankruptcy@marcusclegg.com**
                                                   *Name of law firm*

## VISION CARE OF MAINE, LIMITED LIABILITY COMPANY
## CONSENT OF SOLE MEMBER AND MANAGER

The undersigned, being the sole Member and Manager of Vision Care of Maine, Limited Liability Company (the "Company") hereby takes the following action by this written consent:

RESOLVED: That the Company shall be and hereby is authorized to file a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code; thereby initiating a proceeding for reorganization pursuant to Chapter 11 of the United States Bankruptcy Code; and it is further

RESOLVED: That the Company shall be and hereby is authorized to execute, deliver and file such original petitions, schedules, statements, motions or pleadings as may be necessary or appropriate in connection with the filing and prosecution of such proceedings; and it is further

RESOLVED: That the Company shall be and hereby is authorized to file a Plan of Reorganization and a Disclosure Statement in such Chapter 11 proceedings; and it is further

RESOLVED: That the Company shall be and hereby is authorized to retain the services of the law firm Marcus | Clegg of Portland, Maine, as its Chapter 11 counsel in connection with said Chapter 11 proceedings, upon such terms and conditions as the Manager of the Company shall determine; and it is further

RESOLVED: That the Manager or any officer of the Company, acting singly, and without the necessity of counter-signature, shall be and hereby is authorized to execute, deliver, and file such documents, agreements, motions, and other pleadings, as he or she, with the advice of counsel, may deem necessary or appropriate in order to commence, prosecute, and conclude said Chapter 11 proceedings, including, without limitation, the filing of an original petition under Chapter 11, the filing of a Plan of Reorganization and a Disclosure Statement.

This Consent shall be filed with the minutes of the Member's and Manager's Meetings.

DATED: August 5, 2024

Curt T. Young
Sole Member and Manager